UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL SHANE ZIMMERMAN, | CASE NO. SACV 22-0931 CJC (RAO) |
| Petitioner, | |
| v. | JUDGMENT |
| D. MCALISTER, Warden, | |
| Respondent. | |

Pursuant to the Court's Order Accepting Findings, Conclusions, and Recommendations of United States Magistrate Judge,

IT IS ORDERED AND ADJUDGED that the Petition is denied, and this action is dismissed with prejudice.

DATED: September 20, 2023

_____
CORMAC J. CARNEY
UNITED STATES DISTRICT JUDGE